**Eugene BARATTO and Textures, LLC, Plaintiffs–Appellants,**

v.

**BRUSHSTROKES FINE ART, INC., Defendant–Cross Appellant.**

**Nos. 2011–1124, 2011–1133.**

United States Court of Appeals, Federal Circuit.

June 3, 2011.

**ON MOTION**

*ORDER*

Upon consideration of the parties' "Stipulation of Dismissal," which the court treats as a joint motion to voluntarily dismiss this appeal from *Baratto v. Brushtrokes,* case no. 08–CV–0657, (W.D.Wis.),

IT IS ORDERED THAT:

**Milo D. BURROUGHS, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

**No. 2011–3118.**

United States Court of Appeals, Federal Circuit.

June 7, 2011.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.